# EXHIBIT A

Certificate of Registration PA 2-611-361
LIVE! NANCY GUTHRIE | "The Brazen Return - Armed with a Camera"
Effective Date of Registration: October 22, 2026

**Registration #:** PA0002611361
**Service Request #:** 1-15287871761

## Mail Certificate

Criminal Network
Alexander Zabel
160 N Pantano Rd
#2101
Tucson, AZ 85710-2322 United States

**Priority:** Special Handling **Application Date:** October 22, 2026

## Correspondent

**Organization Name:** Criminal Network
**Name:** Alexander Zabel
**Email:** neveroflowdown@gmail.com
**Telephone:** [redacted]
**Address:** 160 N Pantano Rd
#2101
Tucson, AZ 85710-2322 United States

**Registration Number**
# PA 2-611-361
**Effective Date of Registration:**
October 22, 2026
**Registration Decision Date:**
October 28, 2026

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** LIVE! NANCY GUTHRIE | "The Brazen Return - Armed with a Camera"

## Completion/Publication

**Year of Completion:** 2026
**Date of 1st Publication:** October 18, 2026
**Nation of 1st Publication:** United States

## Author

- **Author:** Alexander Zabel
**Author Created:** Motion Picture
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1971
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Alexander Zabel
160 N Pantano Rd, #2101, Tucson, AZ, 85710-2322, United States

## Rights and Permissions

**Organization Name:** Criminal Network
**Name:** Alexander Zabel
**Email:** neveroflowdown@gmail.com
**Telephone:** [redacted]
**Address:** 160 N Pantano Rd

#2101
Tucson, AZ 85710-2322 United States

## Certification

**Name:** Alexander Zabel Jr
**Date:** October 22, 2026

**Correspondence:** Yes

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Regarding special handling request: Claim upgraded for special handling per request received on 10/26/2026 due to pending/prospective litigation.

# EXHIBIT B

YouTube Counter-Notification for the Infringing Video
https://www.youtube.com/watch?v=TZLT0xwu_T4
Reference PNOL47VE6ZIWP56PWJZRFQWW3I
Counter-Notification (Oct. 22, 2026) and YouTube's Response (Oct. 23, 2026)

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+38dypaxvdyued0h@google.com>
Date: Fri, Oct 23, 2026 at 5:58 PM
Subject: Re: [PNOL47VE6ZIWP56PWJZRFQWW3I] New Copyright Counter Notification
To: <neveroflowdown@gmail.com>

Hello,

Thank you for your email. The content at issue won't be reinstated while legal action is in progress. Also, copyright strikes associated with the original copyright removal request won't be reapplied while legal action is unresolved.

Sincerely,
The YouTube Team

On October 23, 2026 neveroflowdown@gmail.com wrote:

> On Thu, Oct 22, 2026 at 3:15 PM Alexander Zabel Jr <neveroflowdown@gmail.com> wrote:
>
>> Dear Alexander Zabel,
>>
>> Your eCCB filing was submitted successfully
>>
>> - Date: 10/22/2026 06:14 PM EDT
>> - Docket: 26-CCB-0667
>> - Caption: Zabel v. brennan
>>
>> On Thu, Oct 22, 2026 at 12:41 PM Alexander Zabel Jr <neveroflowdown@gmail.com> wrote:
>>
>>> the work is copyrighted legally. I can not do a CCB counter claim because the respondent lives in australia, however i did legally copyright my work
>>>
>>> On Thu, Oct 22, 2026 at 12:39 PM Alexander Zabel Jr <neveroflowdown@gmail.com> wrote:
>>>
>>>> **1 - 1 of 1**
>>>>
>>>> | Case # | Title | Type of Work | Total Fee Paid | Require Submission |
>>>> |---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1-15287871761 | LIVE! NANCY GUTHRIE \| "The Brazen Return - Armed with a Camera" | Motion Picture/AV Work | $45.00 | Y |

On Thu, Oct 22, 2026 at 10:27 AM Alexander Zabel Jr <neveroflowdown@gmail.com> wrote:

> I did not give that page written permission to use my footage. I legally own the footage that was used to mock and criticize me. I stand by my copyright removal request. Ive been repeatedly harassed by Hella for months. Thank you. Alex Zabel
>
> On Thu, Oct 22, 2026 at 8:49 AM YouTube Copyright <youtube-disputes+38dypaxvdyued0h@google.com> wrote:
>
>> We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.
>>
>> You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.
>>
>> **Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.
>>
>> After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.
>>
>> \- The YouTube Team
>>
>> Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=TZLT0xwu_T4

Display name of uploader: Hella 🇦🇺 Excited Utterance

Please take notice that Helm Law and Attorney David Helm are acting as authorized agents and representatives of Hella 🇦🇺 Excited Utterance (@Excitedutterance) in connection with this counter-notification. Attorney David Helm submits this counter-notification on behalf of Hella 🇦🇺 Excited Utterance in response to the copyright takedown notice only, submitted by Criminal Network (https://www.youtube.com/@CriminalNetwork) concerning the following video, which was removed from YouTube on October 20, 2026.

Hella 🇦🇺 Excited Utterance (@Excitedutterance) YouTube Channel:

Video at Issue:
How did I pull off the latest Ted crashout!? I must be Hella Hella Powerful!?? 💥 w Dali and Mort

https://www.youtube.com/live/TZLT0xwu_T4?si=v3GrLeOuWSBe3-46

Statement to the Claimant

On behalf of Hella 🇦🇺 Excited Utterance (@Excitedutterance), I respectfully dispute the copyright infringement claim concerning the above-referenced video. The takedown notice incorrectly identifies Hella 🇦🇺 Excited Utterance's use of the claimant's material as infringing. The material was used for purposes of criticism, commentary, and reaction, and the use constitutes fair use under Section 107 of the Copyright Act, 17 U.S.C. § 107.

Section 107 recognizes that the fair use of copyrighted material for purposes including criticism and comment is not copyright infringement. The statutory factors include:

1. The purpose and character of the use;

2. The nature of the copyrighted work;

3. The amount and substantiality of the portion used in relation to the copyrighted work as a whole; and

4. The effect of the use upon the potential market for or value of the copyrighted work.

See Cambridge University Press v. Becker, 446 F. Supp. 3d 1145, 1162 (N.D. Ga. 2020).

1. Purpose and Character of the Use

The material identified in the takedown notice was incorporated into Hella 🇦🇺 Excited Utterance's video for purposes of criticism, commentary, and reaction. Hella 🇦🇺 Excited Utterance did not simply reproduce or republish the claimant's video. Instead, a limited portion of the original material was used as the subject of commentary and criticism.

The resulting video adds new expression, context, commentary, and reaction. The copyrighted material therefore serves as the subject of the commentary rather than as a substitute for the original work.

2. Nature of the Copyrighted Work

The claimant's material was used in connection with Hella 🇦🇺 Excited Utterance's commentary and criticism of the statements and content presented in the original video. The original work was not reproduced for the purpose of allowing viewers simply to watch or consume the claimant's content.

Moreover, Hella 🇦🇺 Excited Utterance's video uses only a small portion of the claimant's substantially

longer work.

3. Amount and Substantiality of the Portion Used

The video itself was 1:32:22 minutes/hours long and only 7 minutes and 35 seconds out of that were played. Importantly, Hella 🇦🇺 Excited Utterance and her cohost Dali Talk's own voices and commentary are heard over the claimed material, and the copyrighted material is incorporated into a substantially different presentation. The use of the 7 minutes and 35 seconds excerpt was limited to what was reasonably necessary to identify and provide context for the subject of the criticism and commentary.

The resulting video therefore does not merely reproduce the claimant's content for entertainment or viewing purposes. It adds new context, reaction, criticism, commentary, and original material.

4. Effect on the Potential Market

Hella 🇦🇺 Excited Utterance's video does not replace the claimant's original video or serve as a substitute for it. A viewer seeking to watch the claimant's approximately 1.5 hour original video would not obtain that experience by watching Hella 🇦🇺 Excited Utterance's substantially different video containing approximately 7.5 minutes of the original material.

The purpose, presentation, and content of the two videos are materially different. Hella 🇦🇺 Excited Utterance's use therefore does not supplant the market for the claimant's original work.

Conclusion

For these reasons, Hella 🇦🇺 Excited Utterance has a good-faith basis to believe that its use of the copyrighted material falls within the statutory fair-use exception recognized by 17 U.S.C. § 107, particularly because the material was used for purposes of criticism, commentary, and reaction.

Accordingly, on behalf of Hella 🇦🇺 Excited Utterance's, I respectfully request that the copyright claim and associated takedown be withdrawn and that the video identified above be restored to YouTube.

Hella 🇦🇺 Excited Utterance has a good-faith belief that the material was removed or disabled as a result of mistake or misidentification and that the material was used in a manner permitted by law.

I declare under penalty of perjury that the information contained in this counter-notification is accurate and that I am authorized to act on behalf of Hella 🇦🇺 Excited Utterance, the party whose material was removed or disabled as a result of the copyright claim.

Sincerely,

David Helm

Attorney and Authorized Agent for Hella 🇦🇺 Excited Utterance

HELM LAW

598 N. Mill St.

Plymouth, MI 48170

248-679-8804

serifthecat@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066