FILED LODGED
RECEIVED COPY
NOV 5 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY REM DEPUTY

CV-26-00584-TUC-JGZ

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

---

**Plaintiff(s):** Alexander Zabel, Jr.

**Defendant(s):** Helen Brennan; Matthew Filipczuk

**County of Residence (Plaintiff):** Pima

**County of Residence (Defendant):** Outside the State of Arizona (first-listed Defendant, Helen Brennan)

**County Where Claim For Relief Arose:** Maricopa

**Plaintiff's Atty(s):** None - Pro Se: Alexander Zabel, Jr., 160 N Pantano Rd #2101, Tucson, AZ 85710-2322, neveroflowdown@gmail.com

**Defendant's Atty(s):** Unknown

**IFP REQUESTED:** No

**REMOVAL FROM COUNTY, CASE #:** N/A

---

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties (Diversity Cases Only):**

**Plaintiff:** N/A

**Defendant:** N/A

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 820 Copyright

**VI. Cause of Action:** 17 U.S.C. § 501 - Copyright infringement of a registered motion picture (Reg. No. PA 2-611-361)

**VII. Requested in Complaint:**

**Class Action:** No

**Dollar Demand:**

**Jury Demand:** Yes

**VIII. This case is not related to another case.**

Signature: Alex Zable
*Alexander Zabel, Jr., Pro Se Plaintiff*

Date: 11/03/2026