**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Alexander Zabel, Jr.,
Plaintiff,
v.
Helen Brennan, et al.,
Defendants.

No. CV-26-00584-JGZ

**ORDER**

Having considered Plaintiff's Motion to Allow Electronic Filing by a Party Appearing Without an Attorney (Doc. 3), and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion to Allow Electronic Filing by a Party Appearing Without an Attorney (Doc. 3) is **GRANTED** in this case only.

**IT IS FURTHER ORDERED** that Plaintiff is required to comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing ("CM/ECF") Administrative Policies and Procedures Manual, to have access to the required equipment and software, to have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case-related transmissions, and to be able to electronically transmit documents to the Court in .pdf form. Plaintiff is further required to register as a subscriber to PACER (Public Access to Electronic Records) within five (5) days of the date of this Order and to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002.

//

Any misuse of the CM/ECF system will result in immediate discontinuation of this privilege and disabling of the password assigned to the party.

Dated this 18th day of November, 2026.

Jennifer G. Zipps
Chief United States District Judge